IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STORM PETTY, ) | FILED: JUNE 27, 2008 |
| ) | 08CV 3691 |
| Plaintiff, ) | JUDGE ZAGEL |
| ) | MAGISTRATE JUDGE BROWN |
| vs. ) | Civil Action No. |
| ) | |
| WEST ASSET MANAGEMENT, INC., ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

NOW COMES the Plaintiff, STORM PETTY, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., complaining against the Defendant, WEST ASSET MANAGEMENT, INC., and alleging as follows:

### PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. § 1692 et seq.

### JURISDICTION AND VENUE

2. Jurisdiction arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

### PARTIES

3. Plaintiff, Storm Perry, ("Plaintiff"), is an individual who was at all relevant times residing in the City of Atkins, State of Arkansas.

4. At all relevant times herein, Defendant, West Asset Management, ("Defendant") acted as a debt collector within the meaning of 15 U.S.C. § 1692a(6) in that it held itself out to be a company collecting a debt allegedly owed for a medical bill.

1

5. Defendant is a corporation that has its principal place of business and its offices located in Tinley Park, Illinois.

## ALLEGATIONS
## COUNT I
## VIOLATIONS OF THE FDCPA v. WEST ASSET MANAGEMENT, INC.

6. In February of 2008, Plaintiff began receiving telephone calls from a representative of Defendant attempting to collect a debt allegedly owed from Plaintiff's sister-in-law for medical bills.

7. In said conversation, Plaintiff explained the debt belonged to her sister-in-law and not to Plaintiff. Plaintiff stated that her sister-in-law did not reside with her and she did not know how to reach her.

8. On February 26, 2008, Defendant contacted Plaintiff at 9:00 a.m. and left a message. When Plaintiff returned the call she demanded Defendant stop contacting her as the debt did not belong to Plaintiff.

9. Despite Plaintiff's request, Defendant continued to contact Plaintiff on a regular basis. On both March 24, 2008 and April 2, 2008 Defendant contacted Plaintiff as often as five times per day.

10. In its attempts to collect the aforementioned debt, the Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 in one or more of the following ways:

    a. Communicated with any person other than the consumer more than once when not requested to do so by such person in violation of 15 U.S.C. § 1692b(3); and

  b. Caused a telephone to ring or engaged any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number in violation of 15 U.S.C. § 1692d(5).

11. As a result of Defendant's violations as aforesaid, Plaintiff suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiff, STORM PETTY, by and through her attorneys, respectfully prays for judgment as follows:

  a. All actual compensatory damages suffered;

  b. Statutory damages of $1,000.00 for Plaintiff;

  c. Plaintiff's attorneys' fees and costs;

  d. Any other relief deemed appropriate by this Honorable Court.

*****PLAINTIFF REQUESTS A TRIAL BY JURY *****

        Respectfully Submitted,
        **STORM PETTY**


       By: s/Larry P. Smith
         Attorney for Plaintiff

Larry P. Smith
Larry P. Smith & Associates, Ltd.
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601
Ph. (312) 222-9028
Fax (312) 602-3911
e-mail lsmith@lpsmithlaw.com